■ In the Matter of ALFRED BLANCHE, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [788 NYS2d 883]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered August 6, 2004) to review a determination of respondent. The determination found after a Tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Hurlbutt, J.P., Gorski, Martoche, Smith and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD A. FERNANDEZ, Appellant. [788 NYS2d 883]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered March 24, 2004. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Gorski, Martoche, Smith and Lawton, JJ.